UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Joseph Johnson, Jr., §
   Petitioner, §
§
v. § Civil Action H-19-0319
§
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
   Respondent. §

## Order of Adoption

On September 6, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (20) recommending that the court deny Joseph Johnson, Jr.'s petition for writ of habeas corpus. Johnson filed objections. (21) The court denies Johnson's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed September 17, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge