| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

Joseph Johnson, Jr., §
    Petitioner, §
§
v. §
§ Civil Action H-19-319
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On March 31, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (28) recommending that the court deny Joseph Johnson, Jr.'s successive petition for writ of habeas corpus. Johnson, Jr. filed objections. (33) The court denies Johnson Jr.'s objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on June 22, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge